UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. William Fernando Carpio                    Docket No. 7:13-CR-132-1FL

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Fernando Carpio, who, upon an earlier plea of guilty to Theft of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 3, 2014, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

William Fernando Carpio was released from custody on January 4, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Since his release from custody, Carpio has been supervised by the U.S. Probation Office in the Eastern District of New York. According to EDNY, Carpio has maintained a stable residence, enrolled in school, submitted payments as directed, participated in mental health treatment, and completed credit counseling as directed. Additionally, all urinalysis have been negative for the presence of illicit substances.

The EDNY respectfully recommends the special condition requiring Carpio to submit written weekly reports to the Probation Office, if not regularly employed, of attempts to secure employment be sticken. It is noted Carpio is currently unemployed, however, he is enrolled in school full-time. The undersigned probation officer concurs with the EDNY's recommendation.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The special condition of supervised release ordering the defendant to submit a written weekly report to the probation office, if not regularly employed, of attempts to secure employment is hereby stricken.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5105<br>Executed On: July 12, 2017 |

William Fernando Carpio
Docket No. 7:13-CR-132-1FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 12th day of July, 2017, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge